**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Andrew Jeff Sobel
Brentwood Capital Partners
525 Colorado Avenue
Santa Monica, CA 90401

NIXIE 904017054-1N 10/24/14

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

GHK

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Case: 2:14mc568 Doc: 3

Andrew Jeff Sobel
Brentwood Capital Partners
525 Colorado Avenue
Santa Monica, CA 90401

---

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
Andrew Jeff Sobel
Brentwood Capital Partners
525 Colorado Avenue
Santa Monica CA 90401
--Case Participants: Judge George H. King (crd_king@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<18211639@cacd.uscourts.gov>Subject:Activity in Case 2:14-mc-00568-GHK Sobel Order of Disbarment/Suspension Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 9/24/2014 at 3:01 PM PDT and filed on 9/24/2014

| | |
|---|---|
| **Case Name:** | Sobel |
| **Case Number:** | 2:14-mc-00568-GHK |
| **Filer:** | Andrew Jeff Sobel |
| **WARNING: CASE CLOSED on 09/24/2014** | |
| **Document Number:** | 3 |

**Docket Text:**
**ORDER OF DISBARMENT/SUSPENSION by Judge George H. King that Andrew Jeff Sobel be suspended from the practice of law in this Court. (Case Terminated.)(nl)**

**2:14-mc-00568-GHK Notice has been electronically mailed to:**

**2:14-mc-00568-GHK Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Andrew Jeff Sobel
Brentwood Capital Partners
525 Colorado Avenue
Santa Monica CA 90401

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Disciplinary Matter of<br><br>Andrew Jeff Sobel<br><br>California State Bar # 122218 | CASE NO: 2:14–mc–00568–GHK<br><br>ORDER OF SUSPENSION |

On July 30, 2014, the Court issued an Order to Show Cause why the attorney named above should not be suspended from the Bar of this Court, pursuant to Local Rule 83–3.2, as a result of his or her suspension by the Supreme Court of California or the California State Bar Court. A written response to the Order to Show Cause was due thirty days from the date the Order was issued. The Court has received no response that contests the imposition of discipline.

IT IS THEREFORE ORDERED that the attorney named above is hereby suspended from the practice of law in this Court pursuant to Local Rule 83–3.2.1.

As provided by Local Rule 83–3.2.4, the attorney suspended by this Order will be reinstated to the Bar of this Court upon proof of his or her reinstatement as an active member in good standing with the State Bar.

An attorney registered to use the Court's Electronic Case Filing System

(ECF) who is suspended by this Court will not have access to file documents electronically until the attorney is reinstated to the Bar of this Court.

Date: September 24, 2014

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE